

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00084-CV

———————————————

EMANUEL RILEY, Appellant

V.

LOS CUATROS DE TEJAS, LLC, AND ERIC JOBE, Appellees

On Appeal from County Court at Law
Hood County, Texas
Trial Court No. C08664

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellant's "Unopposed Motion to Dismiss Without Prejudice." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  April 13, 2023